UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICCO DEVON SLADE,<br><br>                              Plaintiff,<br><br>           -against-<br><br>THE UNITED STATES OF AMERICA;<br>STATE OF NEW YORK; MELINDA KATZ;<br>TONI CIMINO,<br><br>                              Defendants. | 24cv3816 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the August 6, 2024, order, this action is dismissed.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

   SO ORDERED.

 Dated:   August 6, 2024
          New York, New York

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               Chief United States District Judge